IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: | ) |
| EDDIE F. YOUNKER and | ) Case No. 10 B 03459 |
| JACQUELINE M. YOUNKER | ) Hon. TIMOTHY A. BARNES |
| | ) Chapter 7 |
| Debtor | ) |

**CERTIFICATE OF SERVICE**

PLEASE TAKE NOTICE, that I , Allan J. DeMars, trustee in bankruptcy, pursuant to Local Rule 2002-2, on July 13, 2017 at approximately 10:00am, either mailed a copy of the Notice of Final Report (NFR) to the following or served through the court's Electronic Filing System:

Thomas M. Britt
tmblawstfl@sbcglobal.net

7601 W 191st Street
Suite 1W
Tinley Park, IL 60487

Eddie F. Younker
Jacqueline M. Younker
232 Maple Avenue
South Chicago Heights, IL 60411

Patrick S. Layng
USTPRegion11.ES.ECF@usdoj.gov

Becket and Lee LP
PO Box 3001
Malvern, PA 19355-0701

Quantum3 Group LLC
PO Box 788
Kirkland, WA 98083-0788

Discover Bank Discover Products
PO Box 3025
New Albany, OH 43054-3025

Ally Financial
PO Box 130424
Roseville, MN 55113-0004

American InfoSource LP
PO Box 71083
Charlotte, NC 28272-1083

Citibank NA
Attn: Claims Dept.
MC2235
701 E. 60th St. N
Sioux Falls, SD 57117

                                                                                            /s/ Allan J. DeMars
                                                                                            Trustee in Bankruptcy