# UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: EDDIE F. YOUNKER and  
JACQUELINE M. YOUNKER  
§  
§  
§  
§  
Case No. 10-03459  
Hon. TIMOTHY A. BARNES  
Chapter 7

Debtor(s)

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Allan J. DeMars, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $50,000.00 | Assets Exempt: | $84,850.00 |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $47,275.21 | Claims Discharged Without Payment: | $223,104.00 |
| Total Expenses of Administration: | $84,707.46 | | |

3) Total gross receipts of $147,998.70 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $16,016.03 (see **Exhibit 2**), yielded net receipts of $131,982.67 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS from **Exhibit 3**) | $38,000.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $84,707.46 | $84,707.46 | $84,707.46 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $232,270.00 | $46,194.71 | $46,194.71 | $47,275.21 |
| **TOTAL DISBURSEMENTS** | $270,270.00 | $130,902.17 | $130,902.17 | $131,982.67 |

4) This case was originally filed under chapter  7  on 01/29/2010 .
The case was pending for     14   months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.


Dated: 11/22/2017                                           By: /s/ Allan J. DeMars
                                                                         Trustee


**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TDR (10/1/2010)

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Actos multi-district p.i. litigation | 1242-000 | $147,998.70 |
| | | |
| **TOTAL GROSS RECEIPTS** | | **$147,998.70** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Eddie F. Younker | exemption | 8100-002 | $15,000.00 |
| Eddie F. Younker and Jacqueline M. Younker | surplus funds to debtor | 8200-002 | $1,016.03 |
| | | | |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$16,016.03** |

## EXHIBIT 3 - SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| MB Financial | 1 SCHEDULED WITH NO CLAIM FILED | 4110-000 | $38,000.00 | $0.00 | $0.00 | $0.00 |
| | | | | | | |
| **TOTAL SECURED CLAIMS** | | | **$38,000.00** | **$0.00** | **$0.00** | **$0.00** |

UST Form 101-7-TDR (10/1/2010)

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| MDL fees (Actos litigtion) | 2990-000 | N/A | $12,727.89 | $12,727.89 | $12,727.89 |
| attorneys fees paid directly out of settlement fund | 3991-000 | N/A | $46,471.59 | $46,471.59 | $46,471.59 |
| Medical liens paid directly out of settlement | 4210-000 | N/A | $5,544.77 | $5,544.77 | $5,544.77 |
| MDL common benefit fund paid directly out of settlement | 2990-000 | N/A | $2,959.97 | $2,959.97 | $2,959.97 |
| MDL case expenses paid directly out of settlement | 2990-000 | N/A | $2,766.61 | $2,766.61 | $2,766.61 |
| Lien resolution administrative expense | 2990-000 | N/A | $770.00 | $770.00 | $770.00 |
| Associated Bank service and check printing fees | 2600-000 | N/A | $110.52 | $110.52 | $110.52 |
| Allan J. DeMars | 2100-000 | N/A | $9,825.74 | $9,825.74 | $9,825.74 |
| Allan J. DeMars | 2200-000 | N/A | $62.87 | $62.87 | $62.87 |
| Allan J. DeMars | 3110-000 | N/A | $3,467.50 | $3,467.50 | $3,467.50 |
| | | | | | |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $84,707.46 | $84,707.46 | $84,707.46 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NONE | | N/A | $0.00 | $0.00 | $0.00 |
| | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|

UST Form 101-7-TDR (10/1/2010)

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
|  | NONE |  | $0.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** |  |  | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | American Express Centurion Bank | 7100-900 | $7,900.00 | $7,896.24 | $7,896.24 | $8,080.93 |
| 2 | Quantum3 Group LLC as agent | 7100-000 | $341.00 | $414.52 | $414.52 | $424.22 |
| 3 | Discover Bank | 7100-900 | $11,360.00 | $11,459.74 | $11,459.74 | $11,727.78 |
| 4 | Ally Financial | 7100-000 | $250.00 | $248.54 | $248.54 | $254.35 |
| 5 | American InfoSource agent for Capital One | 7100-000 | $9,420.00 | $9,637.14 | $9,637.14 | $9,862.56 |
| 6 | American InfoSource agent for Capital One | 7100-000 | $2,900.00 | $3,003.59 | $3,003.59 | $3,073.84 |
| 7 | Citibank NA | 7100-000 | $6,495.00 | $6,908.32 | $6,908.32 | $7,069.91 |
| 8 | American Express Centurion Bank | 7100-900 | $7,900.00 | $5,992.81 | $5,992.81 | $6,132.98 |
| 9 | Capital One NA | 7100-900 | $600.00 | $633.81 | $633.81 | $648.64 |
|  | 22 SCHEDULED WITH NO CLAIM FILED |  | $185,104.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** |  |  | $232,270.00 | $46,194.71 | $46,194.71 | $47,275.21 |

UST Form 101-7-TDR (10/1/2010)

**EX "8" - FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Case No. 10-03459                                                       Trustee Name: Allan J. DeMars

Case Name: EDDIE F. YOUNKER and JACQUELINE P. YOUNKER      Date Filed (f) or Converted (c): 1/29/10 (F)

REOPENED 9/14/16

For Period Ending: 3/31/18                                        §341(a) Meeting Date: 3/9/10

Claims Bar Date: 12/23/16

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) Ref # | | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined by Trustee Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§ 554(a) abandon | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1 | residence at 232 Maple, South Chicago Heights, IL | 80,000.00 | 0.00 | | | FA |
| 2 | checking acct First United | 300.00 | 0.00 | | | FA |
| 3 | checking acct TCF | 150.00 | 0.00 | | | FA |
| 4 | savings acct at First United | 100.00 | 0.00 | | | FA |
| 5 | household goods | 2,500.00 | 0.00 | | | FA |
| 6 | wearing apparel | 800.00 | 0.00 | | | FA |
| 7 | Met Life insurance | 4,000.00 | 0.00 | | | FA |
| 8 | wife's 401k | 35,000.00 | 0.00 | | | FA |
| 9 | husband's IRA | 8,000.00 | 0.00 | | | FA |
| 10 | possible lawsuit against roofing company | unknown | 0.00 | | | FA |
| 11 | 1997 Buick LeSabre | 2,000.00 | 0.00 | | | FA |
| 12 | 1997 Pontiac Grand Am | 2,000.00 | 0.00 | | | FA |
| 13 | multi-district Actos litigation (u) | 114,450.00 | 75,483.77 | | 147,998.70 | FA |
| TOTALS (Excluding unknown values) | | | 75,483.77 | | 147,998.70 | |

(Total Dollar Amount in Column 6)

Major activities affecting case closing: NOTE: GROSS SETTLEMENT OF $147,998.70 MULTI-DISTRICT PRODUCT LIABILITY CLAIM; APPROVED ATTYS FEES COSTS

AND LIENS DEDUCTED BEFORE NET SENT TO TRUSTEE. Amount in column 3 is a net amount although the gross amount is administered by the estate. The amount in column 5 represents net cash received.

Initial Projected Date of Final Report (TFR):   September, 2017         Current Projected Date of Final Report (TFR):    June, 2017

## EXHIBIT "9" - FORM 2
## CASH RECEIPTS AND DISBURSEMENT RECORDS

Case No.:       10-03459                                   Trustee's Name:  Allan J. DeMars
Case Name:      EDDIE F. YOUNKER and JACQUELINE P. YOUNKER  Bank Name:       ASSOCIATED BANK
Taxpayer ID#:   XXXXXX1330                                 Initial CD #:    CDI
For Period Ending: 3/31/18                                 Blanket bond (per case limit):  5,000,000
                                                           Separate bond (if applicable):
                                                           Checking acct#:  xxxxxx 1330

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid to/ Received from | Description of Transaction | Uniform Transaction Code | Deposit $ | Disbursement $ | Checking Acct Balance |
| 2/10/17 | Ref 13 | Actos Settlement Fund | partial distribution re settlement of Actos-Takeda, multi district litigation, gross settlement $147,998.70; first distribution based upon $130,005.00 with remaining distribution to follow. Attys fees, liens, common fund expenses and costs, in the amount of $63,683.48, paid by settling party directly to attys and net paid to the estate; see DOCKET 32 | 1242-000 | 66,321.52 | | 66,321.52 |
| | | | gross settlement first installment $130,005.00 | 1242-000 | | | |
| | | | LESS: | | | | |
| | | | MDL fee of $11,180.43 (paid out of attys fees) | 2990-000 | | | |
| | | | attorney's fees $40,821.57 | 3991-000 | | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid to/ Received from | Description of Transaction | Uniform Transaction Code | Deposit $ | Disbursement $ | Checking Acct Balance |
| | | | Medical liens $5,544.77 | 4210-000 | | | |
| | | | MDL common benefit expenses $2,600.10 | 2990-000 | | | |
| | | | MDL case expenses $2,766.61 | 2990-000 | | | |
| | | | Lien Resolution admin expense $770.00 | 2990-000 | | | |
| 2/14/17 | | Associated Bank | bank service fee | 2600-000 | | 15.00 | 66,306.52 |
| 2/15/17 | | Associated Bank (Deluxe) | check printing fee | 2600-000 | | 50.52 | 66,256.00 |
| 2/15/17 | Check 1001 | Eddie F. Younker | personal injury exemption | 8100-002 | | 15,000.00 | 51,256.00 |
| 3/14/17 | | Associated Bank | bank service fee | 2600-000 | | 15.00 | 51,241.00 |
| 4/14/17 | | Associated Bank | bank service fee | 2600-000 | | 15.00 | 51,226.00 |
| 5/12/17 | | Associated Bank | bank service fee charged $20 and $5 reversed | 2600-000 | | 15.00 | 51,211.00 |
| 6/12/17 | Ref 13 | Actos Settlement Fund | final distribution re settlement of Actos-Takeda multi-district litigation $17,993.70 attys fees, common fund expenses and costs in the amount of $7,557.35 paid by settling party | 1242-000 | 10,436.35 | | 61,647.35 |
| | | | gross settlement final installment $17,993.70 | 1242-000 | | | |
| | | | LESS: | | | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid to/ Received from | Description of Transaction | Uniform Transaction Code | Deposit $ | Disbursement $ | Checking Acct Balance |
| | | | final MDL fee in the amount of $1,547.46 (paid out of attorney's fees) | 2990-000 | | | |
| | | | final attys fees ($5,650.02) paid by settling party | 3991-000 | | | |
| | | | final MDL common benefit expenses ($359.87) | 2990-000 | | | |
| 8/16/17 | Check 1002 | Allan J. DeMars | trustee's fees | 2100-000 | | 9,825.74 | 51,821.61 |
| 8/16/17 | Check 1003 | Allan J. DeMars | expenses | 2200-000 | | 62.87 | 51,758.74 |
| 8/16/17 | Check 1004 | Allan J. DeMars | attorney's fees | 3110-000 | | 3,467.50 | 48,291.24 |
| 8/16/17 | Check 1005 | American Express Centurion Bank | 726(a)(2) plus interest 726(a)(5) | 7100-900 $7,896.24 7990-000 $184.69 | | 8,080.93 | 40,210.31 |
| 8/16/17 | Check 1006 | Quantum3 Group LLC as agent for Second Round LP | 726(a)(2) plus interest 726(a)(5) | 7100-000 $414.52 7990-000 $9.70 | | 424.22 | 39,786.09 |
| 8/16/17 | Check 1007 | Discover Bank | 726(a)(2) plus interest 726(a)(5) | 7100-900 $11,459.74 7990-000 $268.04 | | 11,727.78 | 28,058.31 |
| 8/16/17 | Check 1008 | Ally Financial | 726(a)(2) plus interest 726(a)(5) | 7100-000 $248.54 7990-000 $5.81 | | 254.35 | 27,803.96 |
| 8/16/17 | Check 1009 | American InfoSource agent for Captial One Bank | 726(a)(2) plus interest 726(a)(5) | 7100-000 $9,637.14 7990-000 $225.42 | | 9,862.56 | 17,941.14 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid to/ Received from | Description of Transaction | Uniform Transaction Code | Deposit $ | Disbursement $ | Checking Acct Balance |
| 8/16/17 | Check 1010 | American InfoSource agent for Captial One Bank | 726(a)(2) plus interest 726(a)(5) | 7100-900 $3,003.59 7990-000 $70.25 | | 3,073.84 | 14,867.56 |
| 8/16/17 | Check 1011 | Citibank NA | 726(a)(2) plus interest 726(a)(5) | 7100-000 $6,908.32 7990-000 $161.59 | | 7,069.91 | 7,797.65 |
| 8/16/17 | Check 1012 | American Express Centurion Bank | 726(a)(2) plus interest 726(a)(5) | 7100-900 $5,992.81 7990-000 $140.17 | | 6,132.98 | 1,664.67 |
| 8/16/17 | Check 1013 | Capital One NA | 726(a)(2) plus interest 726(a)(5) | 7100-900 $633.81 7990-000 $14.83 | | 648.64 | 1,016.03 |
| 8/16/17 | Check 1014 | Eddie F. Younker and Jacqueline M. Younker | surplus funds to debtors | 8200-002 | | 1,016.03 | 0.00 |
| 11/15/17 | | | stop payment on check 1011; more than 90 days | 7100-000 | | (7,069.91) | 7,069.91 |
| 11/15/17 | 1015 | Clerk United States Bankruptcy Court | deposit of stale dated funds | 7100-000 | | 7,069.91 | 0.00 |
| 11/15/17 | | Associated Bank | stop payment fee | 2600-000 | | 35.00 | (35.00) |
| 11/16/17 | | Associated Bank | reversal of fee | 2600-000 | | (35.00) | 0.00 |
| | | | | COLUMN TOTALS | 76,757.87 | 76,757.87 | 0.00 |
| | | | | Less: Payments to debtor(s) | 16,016.03 | 16,016.03 | |
| | | | | Net | 60,741.84 | 60,741.84 | 0.00 |

```
                                                              NET
                      TOTAL - ALL ACCOUNTS       NET DEPOSITS    DISBURSEMENTS    BALANCES
                      Checking# xxxxxx1330          60,741.84       60,741.84         0.00
```